■ In the Matter of FRANK MAURICE, Petitioner, v ANTHONY J. SARVAIDEO, as Deputy Commissioner of Public Safety of the City of Mt. Vernon, et al., Respondents.—Proceeding pursuant to section 120 of the Mount Vernon City Charter, to review a determination of the respondent Commissioner of Public Safety, dated January 7, 1979, which, after a hearing, terminated petitioner's employment as a police officer in the Mount Vernon Police Department. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination under review is supported by substantial evidence, and the punishment of termination is not so shockingly disproportionate to the offenses charged and proven as to permit this court to substitute its judgment for that of the respondents (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). Damiani, J. P., O'Connor, Lazer and Rabin, JJ., concur.

■ In the Matter of ROBERT SANTORO, Petitioner, v HAROLD FISHER, as Chairman of the New York City Transit Authority, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondents, dated February 2, 1978, dismissing petitioner from his position as a bus maintainer. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination under review is supported by substantial evidence and the punishment of dismissal is not, under the circumstances, so shockingly disproportionate to the offense committed as to permit us to make any reduction therein (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). Lazer, J. P., Gulotta, Cohalan and Martuscello, JJ., concur.